UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EMANUEL LISTER,<br><br>          Petitioner,<br><br>     v.<br><br>TIM OCHOA, WARDEN,<br><br>          Respondent. | CASE NO. CV 11-4511-VAP (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 3 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LISTER, J 4511\Judgment.wpd